1  THOMAS G. SPRANKLING
   CA Bar No. 294831
2  thomas.sprankling@wilmerhale.com
   WILMER CUTLER PICKERING
3    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone:  (650) 858-6062
5  Facsimile:  (650) 858-6100
6
   PATRICK J. CAROME
7  (*pro hac vice pending*)
   patrick.carome@wilmerhale.com
8  ARI HOLTZBLATT (*pro hac vice pending*)
   ari.holtzblatt@wilmerhale.com
9  WILMER CUTLER PICKERING
     HALE AND DORR LLP
10 1875 Pennsylvania Avenue, NW
   Washington, D.C. 20006
11 Telephone:  (202) 663-6000
   Facsimile:  (202) 663-6363
12

13
   ***Attorneys for Defendant***
14 **TWITTER, INC.**

FELICIA H. ELLSWORTH (*pro hac vice
pending*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (202) 663-6363

15
16          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
17

18 ROGAN O'HANDLEY

19              Plaintiff,

20      v.

21 ALEX PADILLA, et. al.,

22              Defendants.

23

Case No. 3:21-cv-07063-TSH
**CIVIL LOCAL RULE 6-2(a)
STIPULATION AND [PROPOSED]
ORDER REGARDING SCHEDULE
FOR BRIEFING MOTIONS IN
RESPONSE TO THE COMPLAINT
AND FOR INITIAL CASE
MANAGEMENT ACTIVITIES (DKT.
37)**

24

25

26

27

28

Pursuant to Civil Local Rule 6-2(a), the parties hereby jointly stipulate to, and respectfully request the Court's approval of, a briefing schedule for Defendants' initial responsive pleadings or motions and a temporary stay of initial case management deadlines.  The reasons for and terms of this stipulated request are as follows.

1.  On June 16, 2021, Plaintiff Rogan O'Handley filed a complaint in the United States District Court for the Central District of California.  Dkt. 1.

2.  Pursuant to Central District of California Local Rule 8-3, with Plaintiff's consent, Defendants Twitter, SKDKnickerbocker, and National Association of Secretaries of State sought and received a 30-day extension to answer or otherwise respond to the complaint.  Dkt. 17, 19, 29.

3.  In the interest of judicial economy, the parties proposed and, on August 12, 2021, the district court in the Central District of California ordered a consolidated briefing schedule whereby the deadline for all Defendants in this action to file their initial responsive pleadings and/or motions in response to the complaint was September 10, 2021; the deadline for Plaintiff to file his oppositions/responses to any such motions was October 12, 2021; and the deadline for Defendants to file any reply briefs in support of such motions was November 1, 2021.  Dkt. 30, 31.

4.  On September 9, 2021, all parties stipulated to transfer this case to this district.  Dkt. 34.  On September 10, 2021, the district court in the Central District of California ordered that the case be transferred to this district, vacated the foregoing briefing schedule, and directed the parties to "seek to establish a new schedule for filing and briefing of motions to dismiss or other responses to the complaint in accordance with the rules, orders, and practices of the transferee court."  Dkt. 35 ("Transfer Order").

5.  On September 14, 2021, the case was transferred to this Court, Dkt. 36, which entered an order setting an initial case management conference and certain other discovery-related deadlines.  Dkt. 37 ("Initial Case Management Order").

Case No. 3:21-cv-07063-TSH

CIVIL LOCAL RULE 6-2(a)
STIPULATION AND ~~PROPOSED~~ ORDER

6. Pursuant to the Transfer Order, the parties have conferred and agreed to the below proposal to provide for an orderly briefing schedule for Defendants' motions or other responses to the complaint:

| | |
|---|---|
| Defendants' motions/responses to complaint due: | Oct. 5, 2021 |
| Plaintiff's Oppositions to Defendants' Motions due: | Nov. 5, 2021 |
| Defendants' Replies due: | Dec. 1, 2021 |

7. The parties respectfully request that the deadlines set forth in the Initial Case Management Order be stayed pending the resolution of Defendants' forthcoming motions responding to the complaint.

8. Good cause exists to stay the deadlines set forth in the Initial Case Management Order until the Court rules on the forthcoming motions responding to the complaint. Such a stay will promote judicial economy and save court and party resources that would otherwise be spent litigating issues that the forthcoming motions may moot or reshape. Moreover, any conferral regarding discovery and the case management conference would be far more productive—to the extent necessary—once the parties have clarity as to the scope of the claims, if any, that remain. *See*, *e.g.*, Order at 1, *Cortez v. United Natural Foods, Inc.,* 5:18-cv-04603-BLF, ECF No. 31 (N.D. Cal Dec. 14, 2018) (continuing CMC when pending motions will inform "the claims at issue in the litigation, the scope of discovery, the scheduling of discovery …, and whether the case continues to exist at all").

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court establish the schedule set forth above by approving and so-ordering this stipulation.[1]

---

[1] This order complies with Civil Local Rule 6-1(b), as it does not affect a hearing or proceeding on the Court's calendar scheduled for a date within the next 14 days.

Case No. 3:21-cv-07063-TSH

CIVIL LOCAL RULE 6-2(a)
STIPULATION AND ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  ___Septmeber 30, 2021___

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~
J~~UDGE~~

Dated: September 20, 2021

| | |
|---|---|
| _/s/ Thomas G. Sprankling_ | _/s/ Harmeet K. Dhillon_ |
| THOMAS G. SPRANKLING | Harmeet K. Dhillon |
| CA Bar No. 294831 | DHILLON LAW GROUP INC. |
| thomas.sprankling@wilmerhale.com | |
| WILMER CUTLER PICKERING | _Attorneys for Plaintiff Rogan_ |
|   HALE AND DORR LLP | _O'Handley_ |
| 2600 El Camino Real, Suite 400 | |
| Palo Alto, California 94306 | _/s/ Christine Wheatley_ |
| Telephone: (650) 858-6062 | Christine Wheatley |
| Facsimile:  (650) 858-6100 | GORDON & REES SCULLY |
| |   MANSUKHANI |
| PATRICK J. CAROME | |
| (_pro hac vice pending_) | _Attorneys for Defendant National Association of_ |
| patrick.carome@wilmerhale.com | _Secretaries of State_ |
| ARI HOLTZBLATT (_pro hac vice_ | |
| _pending_) | _/s/ Bruce V. Spiva_ |
| ari.holtzblatt@wilmerhale.com | Bruce V. Spiva |
| WILMER CUTLER PICKERING | PERKINS COIE LLP |
|   HALE AND DORR LLP | |
| 1875 Pennsylvania Avenue, NW | _Attorneys for Defendant SKDKnickerbocker,_ |
| Washington, D.C. 20006 | _LLC_ |
| Telephone:  (202) 663-6000 | |
| Facsimile:  (202) 663-6363 | _/s/ Anna Ferrari_ |
| | Anna Ferrari |
| | Deputy Attorney General |
| FELICIA H. ELLSWORTH (_pro hac_ | Office of the Attorney General of California |
| _vice pending_) | |
| felicia.ellsworth@wilmerhale.com | _Attorneys for Defendants Alex Padilla, Paula_ |
| WILMER CUTLER PICKERING | _Valle, Jenna Dresner, Sam Mahood, Akilah_ |
| HALE AND DORR LLP | _Jones, and Shirley N. Weber_ |
| 60 State Street | |
| Boston, MA 02109 | |
| Telephone: (617) 526-6000 | |
| | |
| _Attorneys for Defendant Twitter, Inc._ | |

            CIVIL LOCAL RULE 6-2(a)
STIPULATION AND ~~PROPOSED~~ ORDER