# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA   SAN FRANCISCO DIVISION

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-07063-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 6/17/2021

Date of judgment or order you are appealing: 1/10/2022

Docket entry number of judgment or order you are appealing: 86, 87

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Rogan O'Handley

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: 1/14/2022

Form 1                                                                                           Rev. 12/01/2021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:
Rogan O'Handley

Name(s) of counsel (if any):
Harmeet K. Dhillon, Ronald D. Coleman, Karin M. Sweigart

Address: 177 Post Street, Suite 700 | San Francisco, CA 94108
Telephone number(s): 415-433-1700
Email(s): harmeet@dhillonlaw.com, rcoleman@dhillonlaw.com, ksweigart@dhill

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:
Shirley N. Weber, in her official capacity as California Secretary of State.

Name(s) of counsel (if any):
Rob Bonta, Attorney General of California; Kristin A. Liska, Deputy Attorney General; Anna Ferrari, Deputy Attorney General

Address: 455 Golden Gate Avenue, Suite 11000 | San Francisco, CA 94102
Telephone number(s): 415-510-3779
Email(s): Anna.Ferrari@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

**Form 6**                                        1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Rogan O'Handley

Name(s) of counsel (if any):

Mark E. Trammell

Address: 5100 Buckeyestown Pike, Suite 250 | Frederick, MD 21704

Telephone number(s): 703-687-6212

Email(s): mtrammell@libertycenter.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Twitter, Inc.

Name(s) of counsel (if any):

Patrick J. Carome, Ari Holtzblatt, Thomas G. Sprankling, Felicia H. Ellsworth

Address: 1875 Pennsylvania Avenue NW | Washington DC 20006

Telephone number(s):

Email(s): patrick.carome@wilmerhale.com, ari.holtzblatt@wilmerhale.com, thom

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Form 6                                            2                                    New 12/01/2018