# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 12, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Rogan O'Handley
           v. Shirley N. Weber, California Secretary of State, et al.
           No. 22-1199
           (Your No. 22-15071)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 8, 2023 and placed on the docket June 12, 2023 as No. 22-1199.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst